UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Misc. No. 15-16E |
| ) | |
| v. ) | (Related to Cr. No. 10-67E) |
| ) | |
| WAYNE ALDRICH, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| MIDLAND NATIONAL LIFE INSURANCE ) | |
| COMPANY, ) | |
| and its successors and assigns, ) | ELECTRONICALLY FILED |
| ) | |
| Garnishee. ) | |

## FINAL ORDER OF GARNISHMENT

An Application for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, in the form of funds held from an IRA Annuity.

The Defendant was served with a copy of the Writ of Garnishment and notified of the right to a hearing. The Defendant has not requested a hearing to determine exempt property.

Whereupon the Court, having considered the Application for a Writ of Garnishment against the non-exempt property of the Defendant, the Answer of the Garnishee, and noting that the Defendant has not exercised the right to request a hearing, now finds that the entry of the Final Order of Garnishment is in all respects proper.

IT IS ORDERED that $57,000.00 of the monies previously withheld by the Garnishee in accordance with the Writ of Garnishment shall be paid immediately, without any withholdings, including early withdrawal penalties.

IT IS FURTHER ORDERED that this sum is to be applied upon the judgment entered in this case on June 2, 2005. The present balance due and owing as of December 8, 2015, is $4,157,459.65. The check should include Cr. No. 10-67E in the lower left corner and be made payable to the U.S. Clerk of Court and mailed to:

> U.S. Clerk of Court
> 700 Grant Street, Suite 3110
> Pittsburgh, PA 15219

This __18th__ day of December, 2015.

_Maurice B. Cohill Jr._
UNITED STATES DISTRICT JUDGE